IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

VERONICA GAMBLE,
*Guardian and Next Friend of L.M., a minor*                           PLAINTIFF

v.                 Case No. 4:16-cv-00209 JLH

LITTLE ROCK SCHOOL DISTRICT, et al.                          DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

SO ADJUDGED this 18th day of May, 2016.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE